

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Ralph O. Douglas v. Government Employees Insurance Company,
Unity National Bank, JPMorgan Chase Bank, N.A., as Acquirer of
Certain Assets and Liabilities of Washington Mutual Bank, The
Honorable Randy Roll, Dick Deguerin, and The Texas Court of
Criminal Appeals

Appellate case number:   01-12-00129-CV

Trial court case number: 2010-53065

Trial court:             125th District Court of Harris County

      Appellant, Ralph O. Douglas, has moved to recall the mandate.  We dismiss the motion
for lack of jurisdiction. *See* TEX. R. APP. P. 18.7, 19.3.


      It is so ORDERED.


Judge's signature: /s/ Jane Bland
                    Justice Jane Bland, Acting for the Court


Date:  September 19, 2013

Panel consists of Justices Jennings, Bland, and Massengale.